# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:13-CV-605-FDW-DCK

| | |
|---|---|
| CANAL INSURANCE COMPANY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| DMS EXPRESS, INC., AND STRONGWELL ) | |
| CORPORATION, ) | |
| ) | |
| Defendants. ) | |
| ) | |
| FIRST MERCURY INSURANCE COMPANY, ) | |
| ) | |
| Intervenor, ) | |
| ) | |
| v. ) | |
| ) | |
| CANAL INSURANCE COMPANY, ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** on "First Mercury Insurance Company's Motion To Intervene" (Document No. 17) filed August 11, 2014. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, and noting that Plaintiff's counsel consents to the motion, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that "First Mercury Insurance Company's Motion To Intervene" (Document No. 17) is **GRANTED**.

Signed: September 2, 2014

David C. Keesler
United States Magistrate Judge