UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:13-cv-00605-FDW-DCK

| | |
|---|---|
| CANAL INSURANCE COMPANY, | ) |
| Plaintiff, | ) |
| vs. | ) |
| DMS EXPRESS, INC. and STRONGWELL CORPORATION | ) ORDER |
| Defendants. | ) |

**THIS MATTER** is before the Court *sua sponte*. On January 30, 2015, the parties filed a Report of Mediation (Doc. No. 32) informing the court that the instant case had completely settled. The report stated that the parties would file a stipulation of dismissal within ten (10) days of the filing of the report. Ten days have passed and no entry of judgment or stipulation of dismissal has been filed.

IT IS THEREFORE ORDERED THAT the above captioned matter is DISMISSED WITHOUT PREJUDICE. Either party may petition the Court to reopen the case upon a finding of cause within three days.

IT IS SO ORDERED.

Signed: March 2, 2015

Frank D. Whitney
Chief United States District Judge